# UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
§
SAHA, NITAI P § Case No. 14-10835
§
Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 190,550.00 *(Without deducting any secured claims)* | Assets Exempt: 6,800.00 |
| Total Distributions to Claimants: 0.00 | Claims Discharged Without Payment: 16,500.00 |
| Total Expenses of Administration: 2,154.82 | |

3) Total gross receipts of $ 4,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,845.18  (see **Exhibit 2**), yielded net receipts of $ 2,154.82  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 297,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,154.82 | 2,154.82 | 2,154.82 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 16,500.00 | 0.00 | 0.00 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 313,500.00 | $ 2,154.82 | $ 2,154.82 | $ 2,154.82 |

4) This case was originally filed under chapter 7 on 03/25/2014 . The case was pending for 22 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/22/2016             By:/s/Joseph A. Baldi
                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2007 Toyota Camry 19,000 miles (joint with non-fil | 1129-000 | 4,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 4,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NITAI P SAHA | Surplus Funds Paid to Debtor 726 (a)(6) (includes Payments to shareholders and limited partners) | 8200-002 | 1,845.18 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 1,845.18** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Seterus PO Box 2008 Grand Rapids, MI 49501 | | 245,000.00 | NA | NA | 0.00 |
| | Toyota Financial Services PO Box 4102 Carol Stream, IL 60197 | | 52,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ 297,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | 2100-000 | NA | 538.71 | 538.71 | 538.71 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 2.11 | 2.11 | 2.11 |
| Associated Bank | 2600-000 | NA | 90.00 | 90.00 | 90.00 |
| BALDI BERG | 3110-000 | NA | 1,524.00 | 1,524.00 | 1,524.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,154.82 | $ 2,154.82 | $ 2,154.82 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citicards 701 E 60TH ST N Sioux Falls, SD 57104 | | 16,500.00 | NA | NA | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 16,500.00 | $ 0.00 | $ 0.00 | $ 0.00 |

UST Form 101-7-TDR (10/1/2010) *(Page: 5)*

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 14-10835 | Judge: Timothy A. Barnes | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|---|
| Case Name: | SAHA, NITAI P | | | Date Filed (f) or Converted (c): | 03/25/14 (f) |
| | | | | 341(a) Meeting Date: | 05/09/14 |
| For Period Ending: | 01/22/16 | | | Claims Bar Date: | 10/02/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Townhome - 1811 W Lunt Ave, Chicago Illinois (valu  Stay lifted per order 9/10/14 | 150,000.00 | 0.00 | | 0.00 | FA |
| 2. Checking - North Community Bank - joint with non-f | 1,500.00 | 0.00 | | 0.00 | FA |
| 3. Checking - Chase Bank | 2,000.00 | 0.00 | | 0.00 | FA |
| 4. Personal possession in townhome at liquidation val | 750.00 | 250.00 | | 0.00 | FA |
| 5. Couch | 300.00 | 0.00 | | 0.00 | FA |
| 6. Personal clothing | 400.00 | 0.00 | | 0.00 | FA |
| 7. 2007 Toyota Camry 19,000 miles (joint with non-fil  Sold per court order; payable in installments; final payment due June 2015 | 6,500.00 | 4,000.00 | | 4,000.00 | FA |
| 8. 2014 Toyota Sienna 3,000 miles  Stay lifted per order 8/27/14 | 40,000.00 | 0.00 | | 0.00 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $201,450.00 | $4,250.00 | $4,000.00 | $0.00 |
|  |  |  |  | (Total Dollar Amount in Column 6) |

___

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee authorized to sell car; payments due to Estate in installments per order 8/19/14

July 24, 2015, 12:29 pm Debtor completed payments for purchase of vehicle. No claims filed by bar date, Trustee is investigating deficiency claims by former secured lenders who have lifted the stay. If no claims trustee will prepare final report to pay allowable adminstrative claims and return any surplus to debtor.

LFORM1

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

Ver: 19.05b

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | | |
|---|---|---|
| Case No: | 14-10835 | Judge: Timothy A. Barnes |
| Case Name: | SAHA, NITAI P | |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi |
| Date Filed (f) or Converted (c): | 03/25/14 (f) |
| 341(a) Meeting Date: | 05/09/14 |
| Claims Bar Date: | 10/02/14 |

September 28, 2015, 10:14 am --No claims filed; Trustee filed report of sale; prepared TFR with surplus funds to be returned to Debtor

Initial Projected Date of Final Report (TFR): 08/01/15      Current Projected Date of Final Report (TFR): 08/01/15

LFORM1

**UST Form 101-7-TDR (10/1/2010)** *(Page: 7)*

Ver: 19.05b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 14-10835 -TAD | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | SAHA, NITAI P | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******6974  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0943 | | |
| For Period Ending: | 01/22/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/17/14 | 7 | NITAI P SAHA<br>NICOLE R BAILEY<br>1811 W LUNT AVENUE<br>CHICAGO, IL  60626 | SETTLEMENT: VEHICLE | 1129-000 | 1,000.00 | | 1,000.00 |
| 08/13/14 | 7 | NITAI P SAHA<br>NICOLE R BAILEY<br>1811 W LUNT AVENUE<br>CHICAGO, IL  60626 | SETTLEMENT: VEHICLE | 1129-000 | 300.00 | | 1,300.00 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,290.00 |
| 09/11/14 | 7 | NITAI P SAHA<br>NICOLE R BAILEY<br>1811 W LUNT AVENUE<br>CHICAGO, IL  60626 | SETTLEMENT: VEHICLE | 1129-000 | 300.00 | | 1,590.00 |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,580.00 |
| 10/09/14 | 7 | NITAI P SAHA<br>NICOLE R BAILEY<br>1811 W LUNT AVENUE<br>CHICAGO, IL  60626 | SETTLEMENT: VEHICLE | 1129-000 | 300.00 | | 1,880.00 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,870.00 |
| 11/10/14 | 7 | NITAI P SAHA<br>NICOLE R BAILEY<br>1811 W LUNT AVENUE<br>CHICAGO, IL  60626 | SETTLEMENT: VEHICLE | 1129-000 | 300.00 | | 2,170.00 |
| 12/05/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,160.00 |
| 12/22/14 | 7 | NITAI P SAHA<br>NICOLE R BAILEY<br>1811 W LUNT AVENUE<br>CHICAGO, IL  60626 | SETTLEMENT: VEHICLE | 1129-000 | 300.00 | | 2,460.00 |
| 01/08/15 | 7 | NITAI P SAHA | SETTLEMENT: VEHICLE | 1129-000 | 300.00 | | 2,760.00 |

Page Subtotals        2,800.00        40.00

Ver: 19.05b

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit 9

| Case No: | 14-10835 -TAD | | Trustee Name: | Joseph A. Baldi |
| Case Name: | SAHA, NITAI P | | Bank Name: | Associated Bank |
| | | | Account Number / CD #: | *******6974 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0943 | | | |
| For Period Ending: | 01/22/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | NICOLE R BAILEY<br>1811 W LUNT AVENUE<br>CHICAGO, IL 60626 | | | | | |
| 01/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,750.00 |
| 02/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,740.00 |
| 02/12/15 | 7 | NITAI P SAHA<br>NICOLE R BAILEY<br>1811 W LUNT AVENUE<br>CHICAGO, IL 60626 | SETTLEMENT: VEHICLE | 1129-000 | 300.00 | | 3,040.00 |
| 02/20/15 | 001001 | ARTHUR B. LEVINE COMPANY<br>60 East 42nd Street<br>Room 965<br>New York, New York 10165 | 2015 Bond premium | 2300-000 | | 2.11 | 3,037.89 |
| 03/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,027.89 |
| 03/12/15 | 7 | NITAI P SAHA<br>NICOLE R BAILEY<br>1811 W LUNT AVENUE<br>CHICAGO, IL 60626 | SETTLEMENT: VEHICLE | 1129-000 | 300.00 | | 3,327.89 |
| 04/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,317.89 |
| 04/10/15 | 7 | NITAI P SAHA<br>NICOLE R BAILEY<br>1811 W LUNT AVENUE<br>CHICAGO, IL 60626 | SETTLEMENT: VEHICLE | 1129-000 | 300.00 | | 3,617.89 |
| 05/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,607.89 |
| 05/13/15 | 7 | NITAI P SAHA<br>NICOLE R BAILEY<br>1811 W LUNT AVENUE<br>CHICAGO, IL 60626 | SETTLEMENT: VEHICLE | 1129-000 | 300.00 | | 3,907.89 |
| 12/16/15 | 001002 | Joseph A. Baldi, Trustee<br>c/o Baldi Berg, Ltd. | Trustee Compensation | 2100-000 | | 538.71 | 3,369.18 |
| | | | Page Subtotals | | 1,200.00 | 590.82 | |

Ver: 19.05b

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-10835 -TAD | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | SAHA, NITAI P | Bank Name: | Associated Bank |
| | | Account Number / CD #: | *******6974 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******0943 | | |
| For Period Ending: | 01/22/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/16/15 | 001003 | 20 N Clark Street, Ste. 200<br>Chicago, Illinois 60602<br>BALDI BERG<br>20 NORTH CLARK STREET<br>SUITE 200<br>CHICAGO, IL 60602 | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,524.00 | 1,845.18 |
| 12/16/15 | 001004 | NITAI P SAHA<br>1811 W LUNT AVE<br>CHICAGO, IL 60626 | Surplus Funds | 8200-002 | | 1,845.18 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 4,000.00 | 4,000.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 4,000.00 | 4,000.00 | |
| Less: Payments to Debtors | | 1,845.18 | |
| Net | 4,000.00 | 2,154.82 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******6974 | 4,000.00 | 2,154.82 | 0.00 |
| | 4,000.00 | 2,154.82 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    3,369.18

Ver: 19.05b

LFORM24
UST Form 101-7-TDR (10/1/2010) (Page: 10)